**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6375**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES RODNEY SMITH, a/k/a Lump,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Fayetteville.   Malcolm J. Howard, District Judge.  (CR-94-65-H, CA-96-849-5-H)

---

Submitted:  November 20, 1997          Decided:  December 11, 1997

---

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

James Rodney Smith, Appellant Pro Se.  John Howarth Bennett, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellant's motion for appointment of counsel, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. United States v. Smith, Nos. CR-94-65-H, CA-96-849-5-H (E.D.N.C. Feb. 13, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2